UNITED STATES DISTRICT COURT
for the MIDDLE DISTRICT of ALABAMA

RECEIVED
2018 AUG 20 A II: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**LORENZO PEARSON**

**PLAINTIFF**

**VS.**                                          CASE # NA

**WELLS FARGO BANK, N.A. and FICTICTIOUS PARTIES**    1:18-CV-741-WKW-SRW

**DEFENDANT(S)**

## PARTIES

Lorenzo Pearson a resident of Ariton, Alabama at mailing address 17 West Main Street, Ariton, Alabama 36311. Wells Fargo Bank, N.A. "hereafter defendant(s) or Wells Fargo" mailing address is 420 Montgomery Street San Francisco, California 94163 and 2509 Thomas Drive, Panama City Beach, Florida 32408. Plaintiff also looks to add fictictious parties that facilitated and or participated in the action for or on the behalf of Wells Fargo. That action is included as the action complained of herein.

## JURISDICTION

This court has jurisdiction pursuant TCPA 47 U.S.C §227 etc..., TCPA 47 U.S.C §227(b)(1)(A(iii), Any statue as to the claims under the TCPA that where violated, and 28 USC §1331 Federal Question.

## COMPLAINT

### General Facts

1. Plaintiff received Robo/ATDS phone calls"Wells Fargo Bank N.A." and or someone on their behalf.

2. This was an attempt to collect a debt where they called from #877-647-8552 for every call.

3. These calls where made to my "cell phone" # 850-399-XXXX near or about 100 times.

4. Their attempt was to collect a claimed debt for an account Plaintiff had at the Panama City Beach, branch at the above given address under parties.

5. After their first contact or so to the Plaintiff, I notified "Wells Fargo" (at their addresses given above" by letter on or about October 21, 2017 demanding they stop calling my cell phone immediately.

6. Enclosed herein is **Exhibit A** the letter I sent them.

7. These calls where made to Plaintiff, and after I answered they would automatically drop by the caller.

8. They do not reply to your answer when they call, they call and you answer and they just disconnect.

PAGE 2

**Plaintiff realledge all paragraphs as if they are submitted herein throughout.**

## CAUSE OF ACTION COUNT ONE
## VIOLATAION OF TELEPHONE COMMUNICATION PROTECTION ACT

9. Defendant(s) made near or about 100 "ROBO" ATDS calls to Plaintiff's cell phone.

10. Defendant(s) calls do not give you any option to opt out.

11. Defendant(s) calls do not allow you to request for them not to call you.

12. Defendant(s) calls do not identify who they are.

13. Defendant(s) made "nonemergency" calls to Plaintiff.

14. Plaintiff call them back after their initial call to see who they where.

15. Plaintiff never given Defendant(s) permission to call him after he told them to **"stop calling" his cell phone number** as given herein in **Exhibit A**.

16. Defendant(s) after being noticed by mail with demand that Defendant(s) **"stop calling"** Plaintiff continued "willfully and knowingly" to violate the TCPA by making almost or beyond 75 "Robo"ATDS calls to my same cell phone "after" they where told not to call it.

17. Defendant(s) action where willful and knowingly made while ignoring the TCPA. One because they are or should have been aware of the rights of Plaintiff under that statue as to the facts herein because they have been sued many times before pursuant the same or similar actions here where they had been noticed to **"stop calling"** for debt collection.

18. After I noticed them to **"stop calling"** they ignored me and continued to call until I drafted a proposed lawsuit and settlement offer on or about January 17th 2017 which was mailed to the above addresses given herein for the Defendant(s). They called me again and then I verbally told them to stop calling and they did, although they **ignored my original notice to stop.**

19. The proposed lawsuit is proof they were receiving my letters because it was sent to the same address the first letter to stop was sent. The addresses under parties.

20. This also proves willfulness and knowingness to ignore my demand to stop calling.

21. On or about January 22nd, 2018 they called me again from the number they always called me from but someone was on the line this and only time in direct response to the proposed lawsuit mailed a few days earlier.

22. Defendant(s) action is a total disregard for the law with no regards to the suffering the Plaintiff would have endured and did by seeing their number on his cell phone almost daily and numerous times for months illegally.

23. Therefore as an approximate and direct action or inaction of the Defendant(s) they have made and caused Plaintiff to suffer.

Page 3

24.    WHEREFORE AS, Plaintiff request the Court to order Judgment against Defendant(s) individually and severally for standard statutory damages for each violation of the TCPA etc..., and statutory damages for Willful and Knowing neglect of the TCPA etc.., and punitive damages where applicable, and court cost and any other relief the court deems reasonable under the circumstances.

**PLAINTIFF DEMAND JURY TRIAL AS TO ALL ISSUES**

Respectfully, submitted this the 18th day of August 2018

_____
LORENZO PEARSON PLAINTIFF

**CERTIFICATE OF SERVICE**

Plaintiff certify he has mailed a copy of the above styled complaint to Defendant(s) by U.S. Mail Prepaid Postage at their given address above under the name parties. This the 18th day of August 2018.

_____
LORENZO PEARSON PLAINTIFF