# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LORENZO PEARSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 1:18-CV-00741-WKW-TFM** |
| ) | |
| **WELLS FARGO BANK, N.A.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Wells Fargo Bank, NA ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Lorenzo Pearson against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 18th day of October, 2018.

*s/ R. Frank Springfield*
R. Frank Springfield (SPR024)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com

Attorney for Defendant:
WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 18th day of October, 2018, I have served a copy of the foregoing document on the following by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail:

Lorenzo Pearson<br>
17 West Main Street<br>
Ariton, AL 36311

                                      *s/ R. Frank Springfield*
                                      OF COUNSEL